**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLINA ALEXA LEA,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; DOE OFFICERS, in their individual capacities; DOES 1-25, inclusive; JOSHUA CLABOUGH; ACE YBANEZ; JASON GONZALEZ; KEVIN CUMMINGS; MILES MCCARDE; DAVID BURNS; and JOSHUA LEIBER,<br><br>                Defendants. | Case No.: 3:22-cv-01581-RBM-VET<br><br>**NOTICE AND ORDER RESETTING STATUS CONFERENCE**<br><br>**[Doc. No. 55]** |

At the request of Plaintiff, based on her observance of the Feast of Tabernacles, the Status Conference is **RESET** from September 16, 2024 at 10:30 A.M. to **September 20, 2024 at 10:00 A.M.** before Magistrate Judge Valerie E. Torres. All other aspects of the Scheduling Order remain in effect. *See* Doc. No. 51.

Further, while the Court will accommodate Plaintiff's informal and last-minute request to continue the Status Conference, the Court notes that Plaintiff had the opportunity to timely seek a continuance of the September 16 Status Conference but failed to do so.

*See* Doc. No. 51 (Scheduling Order setting September 16 Status Conference, issued on June 17, 2024). Absent extraordinary circumstances, the Court will make no such accommodations in the future as such requests unnecessarily disrupt the administration of this case and consume party resources. The Court reminds Plaintiff that pro se litigants must comply with the Court's Local Rules and Judge Torres' Civil Chambers Rules in seeking any relief from the Court, including continuances. *See Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although pro se, [plaintiff] is expected to abide by the rules of the court in which he litigates."). Plaintiff is also cautioned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this District, and the orders of this Court may result in future requests being denied.

**IT IS SO ORDERED.**

Dated:  September 16, 2024

Honorable Valerie E. Torres
United States Magistrate Judge