# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLINA ALEXA LEA,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                    Defendants. | Case No.: 3:22-cv-01581-RBM-VET<br><br>**ORDER GRANTING JOINT MOTION FOR AND STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT CITY OF SAN DIEGO**<br><br>**[Doc. 77]** |

Plaintiff Kimberlina Alexa Lea and remaining Defendant City of San Diego ("Defendant City")[1] have filed a Joint Motion for and Stipulation of Voluntary Dismissal of Defendant City of San Diego. (Doc. 77.) The Joint Motion seeks dismissal with prejudice of Plaintiff's claims against Defendant City pursuant to Federal Rule of Civil Procedure 41(a)(1) with Defendant City "to bear its own costs and fees" and Plaintiff "to

---

[1] Defendants Ace Ybanez, Joshua Clabough, Jason Gonzalez, Joshua Leiber, David Burns, Kevin Cummings, and Miles Mcardle were dismissed on March 14, 2025. (Doc. 76 (Order Granting Joint Motion for Voluntary Dismissal).)

bear her own costs and fees that are attributable solely to the dismissed claims against Defendant City." (Doc. 77 at 1.)

The Court **GRANTS** the Joint Motion. (Doc. 77.) The case is **DISMISSED WITH PREJUDICE**. The City shall bear its own costs and fees, and Plaintiff shall bear her own costs and fees as to her dismissed claims against the City. The Clerk shall close the case.

**IT IS SO ORDERED**.

DATE: April 9, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE